UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY STEVEN BIER, JR.,

    Plaintiff,

v.

    Case No.: 1:11-cv-639

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 11). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that the lawsuit is **DISMISSED for lack of jurisdiction**.


Dated: February 16, 2012                 /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge