UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY STEVEN BIER, JR.,

    Plaintiff,

                                          Case No. 1:11-cv-639

v.

                                          HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

**JUDGMENT**

    Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  February 16, 2012                              /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District