UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY STEVEN BIER, JR.,

      Plaintiff,

v.

      Case No. 1:11-cv-639

      HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  February 16, 2012

      /s/ Paul L. Maloney
      Paul L. Maloney
      Chief United States District